```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Jonathan Andrew Perfetto

    v.                                                Case No. 18-cv-554 SE

Helen Hanks, et al

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 26, 2022. Plaintiff Jonathan Perfetto's motion (Doc. No. 73) to voluntarily dismiss the claim previously identified as Claim 3(a) is granted.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                      _____
                                                      Samantha D. Elliott
                                                      United States District Judge

Date: June 14, 2022

cc:   Jonathan Andrew Perfetto, pro se
       Lawrence Gagnon, Esq.