```
           UNITED STATES DISTRICT COURT
             DISTRICT OF NEW HAMPSHIRE
```

Jonathan Andrew Perfetto

    v.
                                        Case No. 18-cv-554-SE

Helen E. Hanks, et al


## JUDGMENT

Judgment is hereby entered in accordance with the following:

1. Order by Judge Joseph N. Laplante dated March 9, 2021, approving the Report and Recommendation by Magistrate Judge Andrea K. Johnstone dated April 27, 2020;

2. Order by Judge Samantha D. Elliott dated June 14, 2022, approving the Report and Recommendation by Magistrate Judge Andrea K. Johnstone dated May 26, 2022; and

3. Order by Judge Samantha D. Elliott dated March 30, 2023.


                                            By the Court:

                                            _____
                                            Daniel J. Lynch
                                            Clerk of Court


Date: March 30, 2023

cc:  Jonathan Andrew Perfetto, pro se
     Lawrence Gagnon, Esq.